UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH M. THURNAU

Plaintiff(s), Petitioner(s)

*against*

LIFE INSURANCE COMPANY OF BOSTON AND NEW YORK C/O NEW YORK STATE DEPARTMENT OF INSURANCE

Defendant(s), Respondent(s)

ATTORNEY: Quadrino & Schwartz

Index No.: 07 CV 3618

DATE OF FILING: 5/7/2007

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, Hector Flores, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Brooklyn, NY.

That on **May 11, 2007 at 2:15 PM at 25 Beaver St, New York, NY**, deponent served the **Summons in a Civil Action & Civil Complaint** upon **Life Insurance Company of North America c/o New York State Department of Insurance**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each with **Charlene Norris** a person who is known to be the **Assistant to Legal Assistant Edward Thompson** of said governmental subdivision, and who is authorized by said governmental subdivision to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **30-40** Height(Approx): **5' 6"** Weight(Approx): **130-140 lbs** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Hector Flores,   License No. 1203494

Sworn to before me on June 12, 2007

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

Ultimate Process Service (516) 333-3447
Case No.: 79033