UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELIZABETH THURNAU,                                  :

                   Plaintiff,          :          07 Civ. 3618 (SHS)

        - against -                             :
                                                              **Rule 7.1 Statement**

LIFE INSURANCE COMPANY OF NORTH AMERICA, :

                   Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Life Insurance Company of North America certifies the following:

      Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:  White Plains, New York
          June 18, 2007

                                                      WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP

                                                    By: /s/ Emily A. Hayes
                                                    Fred N. Knopf (FNK 4625)
                                                    Emily A. Hayes (EH 5243)
                                                    3 Gannett Drive
                                                    White Plains, New York 10604-3407
                                                    Phone (914) 323-7000
                                                    Facsimile (914) 323-7001

1591239.1

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ Emily A. Hayes
    Emily A. Hayes (EH 5243)
    3 Gannett Drive
    White Plains, New York 10604-3407
    Phone (914) 323-7000
    Facsimile (914) 323-7001
    emily.hayes@wilsonelser.com

1591239.1