USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/07 /MV

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ELIZABETH M. THURNAU,                    :        07 Civ. 3618 (SHS)

            Plaintiff,              :

      -against-                          :        ORDER

LIFE INSURANCE COMPANY OF NORTH          :
AMERICA,
                                         :
            Defendant.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.     The parties will exchange Rule 26(a) disclosures on or before July 6,

2007;

        2.     Initial discovery demands will be served on or before July 23, 2007;

        3.     Responses and objections to the discovery demands will be served on or

before August 20, 2007; and

        4.     There will be a status conference on September 20, 2007, at 10:00 a.m.

Dated: New York, New York
       June 22, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.