UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELIZABETH THURNAU,                                          :

                      Plaintiff,                 :            07 Civ. 3618 (SHS)

         - against -                                 :

                                                  **NOTICE OF APPEARANCE**

LIFE INSURANCE COMPANY OF NORTH AMERICA, :

                    Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for defendant Life Insurance Company of

America.

       I certify that I am admitted to practice in this Court.

Dated:     White Plains, New York
           June 27, 2007

                            Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                         By: /s/ Fred N. Knopf
                             Fred N. Knopf (FNK 4625)
                             Emily A. Hayes (EH 5243)
                             *Attorneys for the Defendant*
                             3 Gannett Drive
                             White Plains, New York 10604
                             (914) 323-7000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2007, the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/   Fred N. Knopf
Fred N. Knopf (FNK 4625)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001
fred.knopf@wilsonelser.com

1598969.1