```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELIZABETH THURNAU,                          :        07 Civ. 3618 (SHS)

                Plaintiff,      :

      -against-                             :        ORDER

LIFE INSURANCE COMPANY OF NORTH              :
AMERICA,
                                              :
                Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for defendant present and counsel for plaintiff appearing via telephone,

      IT IS HEREBY ORDERED that:

      1.    There will be a pretrial conference on November 30, 2007, at 10:00 a.m.;

      2.    Any discovery disputes shall be submitted to the Court, in writing, far enough in advance to be adjudicated by the Court and for the discovery to be taken before December 7, 2007; and

      2.    The last day for completion of discovery remains at December 7, 2007.

Dated: New York, New York
       September 20, 2007

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.