# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

November 28, 2007

**BY FACSIMILE**

The Honorable Sidney H. Stein, U.S.D.J.
United States District Court
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

Re: Thurnau v. Life Insurance Company of North America, 07 Civ. 3618 (SHS)
Our File No. :   09856.00060

Dear Judge Stein:

We represent defendant Life Insurance Company of North America ("LINA") in the referenced matter, and write with the permission of plaintiff's counsel to request an adjournment of the status conference scheduled for Friday, November 30, 2007. We request this adjournment because the parties reached a settlement during our settlement conference with Magistrate Judge Freeman, and are in the process of finalizing the settlement paperwork. We expect to complete the execution of the agreement later this week. We have not previously requested an adjournment.

Thank you for your attention to this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Emily Hayes

*The conference will be held on 12/7/07, at 10:00 a.m. unless the stip of dismissal is received by that date*

SO ORDERED 11/29/07

SIDNEY H. STEIN
U.S.D.J.

cc: Michael Paneth, Esq.

1824159.1