```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELIZABETH THURNAU,

                      Plaintiff,     :    07 Civ. 3618 (SHS)

      - against -                     :

LIFE INSURANCE COMPANY OF NORTH AMERICA, :    **STIPULATION OF DISCONTINUANCE**

                   Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Elizabeth Thurnau and defendant Life Insurance Company of North America, through their undersigned counsel, that this action against Defendant be and hereby is discontinued with prejudice and without costs to any party.

Dated:    White Plains, New York
             November 29, 2007

_____
Michael Paneth, Esq.
Quadrino Schwartz
Attorneys for Plaintiff
666 Old Country Road - Ninth Floor
Garden City, NY 11530
(516) 745-1122

12/4/07

_____
Emily A. Hayes
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
Attorneys for Defendant
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

So Ordered
Sidney H. Stein, U.S.D.J.

1825089.1